IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02602-BNB

BRUCE ERVIN,

    Plaintiff,

v.

WILSON, D.C. [sic],
HEALTH SERVICES ADM. KELLER, P. A.,
FIVE JOHN/JANE DOES,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D.

Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED November 8, 2012, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge