IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02602-PAB-MEH

BRUCE ERVIN,

    Plaintiff,

v.

WILSON, D.C.,
KELLER, Health Services Adm., P.A., and
Five John/Jane Does,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 7, 2013.**

    Defendant Keller's Motion for Leave to File Motion for Summary Judgment [filed June 6, 2013; docket #44] is **granted**. Pursuant to Fed. R. Civ. P. 56(b), "a party may file a motion for summary judgment at any time until 30 days after the close of all discovery." Keller asserts that his current motion for summary judgment addresses a specific issue (exhaustion of administrative remedies) that would not be addressed by any subsequent motion for summary judgment on the merits of Plaintiff's claims.

    Therefore, the Clerk of the Court is directed to file the motion for summary and attached declaration located at dockets ##44-1 and 44-2.