IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-02602-PAB-MEH

BRUCE ERVIN,

     Plaintiff,

v.

WILSON, D.C.,
HEALTH SERVICES ADMINISTRATOR KELLER,
LISA GREGORY, and
FIVE JOHN DOES,

     Defendants.

_____

### ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION
_____

     This matter is before the Court on the Recommendation of United States

Magistrate Judge Michael E. Hegarty filed on July 18, 2013 [Docket No. 56].  The

Recommendation states that objections to the Recommendation must be filed within

fourteen days after its service on the parties.  *See* 28 U.S.C. § 636(b)(1)(C).  The

Recommendation was served on July 18, 2013.  No party has objected to the

Recommendation.

     In the absence of an objection, the district court may review a magistrate judge's

recommendation under any standard it deems appropriate.  *See Summers v. Utah*, 927

F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985)

("[i]t does not appear that Congress intended to require district court review of a

magistrate's factual or legal conclusions, under a *de novo* or any other standard, when

neither party objects to those findings").  In this matter, the Court has reviewed the

Recommendation to satisfy itself that there is "no clear error on the face of the record."[1]

Fed. R. Civ. P. 72(b), Advisory Committee Notes.  Based on this review, the Court has

concluded that the Recommendation is a correct application of the facts and the law.

Accordingly, it is

ORDERED as follows:

1.  The Recommendation of United States Magistrate Judge [Docket No. 56] is

ACCEPTED.

2.  The Motion for Summary Judgment [Docket No. 47] filed by defendant Kellar

is DENIED.


DATED August 8, 2013.

BY THE COURT:


s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

---

[1]This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review.  Fed. R. Civ. P. 72(b).