IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02602-PAB-MEH

BRUCE ERVIN,

      Plaintiff,

v.

WILSON, D.C.,
KELLER, Health Services Adm., P.A.,
LISA GREGORY, and
Five John/Jane Does,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 28, 2013.**

      Defendant Keller's Motion for Leave to Take the Deposition of BOP Inmate Bruce Ervin [filed August 27, 2013; docket #62] is **granted**. Defendant Keller is permitted to take the deposition of the incarcerated Plaintiff pursuant to Fed. R. Civ. P. 30(a)(2)(B).