IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02602-PAB-MEH

BRUCE ERVIN,

    Plaintiff,

v.

WILSON, D.C.,
KELLER, Health Services Adm., P.A.,
LISA GREGORY, and Five John/Jane Does,

    Defendants.

_____

**MINUTE ORDER**
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 8, 2013.**

    Plaintiff's Motion Pursuant to Fed. R. Civ. P. 37 for Order Compelling AUSA Garcia to Answer Truthfully [filed October 7, 2013; docket #69] is **denied without prejudice** for failing to comply with D.C. Colo. LCivR 37.1 which provides:

> A motion under Fed. R. Civ. P. 26 or 37 directed to an interrogatory, request or response under Fed. R. Civ. P. 33 or 34 shall either set forth in the text of the motion the specific interrogatory, request or response to which the motion is directed, or an exhibit that contains the interrogatory, request or response shall be attached.