IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02602-PAB-MEH

BRUCE ERVIN,

      Plaintiff,

v.

WILSON, D.C.,
KELLER, Health Services Adm., P.A.,
LISA GREGORY, and
Five John/Jane Does,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 31, 2013.**

      Plaintiff's Motion to Vacate Scheduling Order of August 13, 2013 [filed October 30, 2013; docket #74] is **granted in part and denied in part**. Plaintiff fails to comply with D.C. Colo. LCivR 6.1D requiring that a motion for extension of time contain a proposed "date certain" for the requested extension. However, to assist the parties with settlement efforts and for good cause shown, the Court shall modify the Scheduling Order as follows:

Discovery Cut-off:                December 10, 2013
Dispositive Motion Deadline:      January 13, 2014

The Court will grant no further extensions of these deadlines absent a showing of exceptional cause.

      In addition, the Final Pretrial Conference currently set for February 10, 2014 is **vacated and rescheduled** to **March 7, 2014 at 9:45 a.m.** If incarcerated, Plaintiff and his case manager, or a representative of the facility, shall contact the Court at (303) 844-4507 on the above date and time in order to participate. If released, Plaintiff shall appear in person. A Final Pretrial Order shall be prepared by the parties and submitted to the Court no later than five business days before the Final Pretrial Conference. Attorneys and/or pro se parties not participating in Electronic Case Filing ("ECF") shall submit their proposed Final Pretrial Order on paper to the Clerk's office. However, if any party is participating in ECF, it is the responsibility of that party to submit the proposed Final Pretrial Order pursuant to the District of Colorado ECF procedures. In accordance with the electronic filing procedures of this Court, the document to be e-mailed to the Magistrate Judge shall be sent to Hegarty_Chambers@cod.uscourts.gov and shall be sent in a useable format (preferably WordPerfect).