IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02602-PAB-MEH

BRUCE ERVIN,

    Plaintiff,

v.

WILSON, D.C.,
KELLER, Health Services Adm., P.A.,
LISA GREGORY, and
Five John/Jane Does,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 23, 2014.**

    Plaintiff's Motion for Leave to File Amended Complaint Pursuant to Rule 15 [filed June 18, 2014; docket #99] is **denied without prejudice** for Plaintiff's failure to explain or demonstrate why justice requires the addition of new Defendants at this late stage of the proceeding. In his motion, Plaintiff fails to identify each Defendant and the conduct for which he or she is allegedly liable.