IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02602-PAB-MEH

BRUCE ERVIN,

    Plaintiff,

v.

WILSON, D.C.,
KELLER, Health Services Adm., P.A.,
LISA GREGORY, and
Five John/Jane Does,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 31, 2014.**

    Plaintiff's Motion to Compel Service of Documents and ... Motion for an Extension of Time to Respond to Lisa Gregory's Motion to Dismiss and Motion for Summary Judgment [filed December 31, 2014; docket #125] is **granted in part and denied in part as follows**. It appears that Defendant Gregory properly attached certificates of service to her dispositive motions reflecting service on the Plaintiff at his current address. However, to the extent that the Plaintiff did not receive a copy of the 3-page declaration that was attached to each motion, the Court directs Defendant to re-serve a copy of the declaration upon the Plaintiff. The Plaintiff shall file responses to the motions to dismiss and for summary judgment on or before February 6, 2015 and the Defendant may file reply briefs in support of the motions within fourteen (14) days after the responses are served.