IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-02602-PAB-MEH

BRUCE ERVIN,

    Plaintiff,

v.

LISA GREGORY,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court on the Recommendation of United States Magistrate Judge Michael E. Hegarty (the "Recommendation") filed on July 1, 2015 [Docket No. 154]. The magistrate judge recommends that the Court grant the Motion for Summary Judgment [Docket No. 117] filed by defendant Lisa Gregory and deny as moot Ms. Gregory's Motion to Dismiss [Docket No. 116]. The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the parties. *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on July 1, 2015. No party has objected to the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when

neither party objects to those findings"). In this matter, the Court has reviewed the Recommendation to satisfy itself that there is "no clear error on the face of the record."[1] Fed. R. Civ. P. 72(b), Advisory Committee Notes. Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law. Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge [Docket No. 154] is **ACCEPTED**. It is further

ORDERED that defendant Lisa Gregory's Motion for Summary Judgment [Docket No. 117] is **GRANTED**. It is further

ORDERED that defendant Lisa Gregory's Motion to Dismiss [Docket No. 116] is **DENIED** as moot. It is further

ORDERED that plaintiff's Eighth Amendment claim against defendant Lisa Gregory is dismissed with prejudice. It is further

ORDERED that, within 14 days after the entry of judgment, defendants may have their costs by filing a bill of costs with the Clerk of the Court. It is further

ORDERED that this case is dismissed in its entirety.

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review. Fed. R. Civ. P. 72(b).

DATED July 28, 2015.

                        BY THE COURT:

                        s/Philip A. Brimmer  
                        PHILIP A. BRIMMER  
                        United States District Judge